IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCED DATA ACCESS LLC, § | |
| § | |
| vs. § | |
| § | CASE NO. 6:11cv473 LED-JDL |
| NANYA TECHNOLOGY § | |
| CORPORATION, and NANYA § | |
| TECHNOLOGY CORPORATION USA. | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Stipulation of Dismissal as to Defendants Nanya Technology Corporation and Nanya Technology Corporation USA (Doc. No. 282), the Court hereby enters Final Judgment. On September 9, 2011, Plaintiff Advanced Data Access filed suit against eleven (11) Defendants.[1] Since that time, all Defendants have been dismissed: Promos Technologies, Inc. (Doc. No. 162); Powerchip Technology Corporation (Doc. No. 241); Micron Technology, Inc. (Doc. No. 252); Micron Technology Texas, LLC (Doc. No. 252); Freescale Semiconductor, Inc. (Doc. No. 184); Panasonic Corporation (Doc. No. 178); Panasonic Corporation of North America (Doc. No. 178); Winbond Electronic Corp. (Doc. No. 89); Winbond Electronics Corporation of America (Doc. No. 89); Analog Devices, Inc. (Doc. No. 185); Toshiba Corporation (Doc. No. 236); and Toshiba America Electronic Components, Inc. (Doc. No. 236).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

---

[1] On August 24, 2012, Defendants Toshiba Corporation, Toshiba America Electronic Components Inc., and Analog Devices Inc. were consolidated from Civil Action Nos. 6:11cv621 and 6:11cv615 respectively.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 19th day of August, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**